**Order filed August 10, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00141-CV**

_____

**WLSC INCOPRO, LLC, Appellant**

**V.**

**ADMIRAL INSURANCE COMPANY, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-24459**

## ORDER

Appellant is not represented by counsel in this appeal. Rather, appellant is attempting to represent itself pro se through a corporate officer who is not an attorney. Except for the performance of ministerial tasks, corporations may appear and be represented only by a licensed attorney. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456 (Tex. 1996); *see also Dell Dev. Corp. v. Best. Indus. Uniform Sup. Co.*, 743 S.W.2d 302, 303 (Tex. App.—Houston [14th Dist.] 1987, writ denied).

Accordingly, we order appellant to retain counsel for this appeal and to provide proof of the retention on or before September 10, 2021. Appellant's

counsel will also need to file an amended notice of appeal. *See* Tex. R. App. P. 25.1(g). If appellant does not comply, the court will dismiss the appeal on its own motion for failure to comply with our order. *See* Tex. R. App. P. 25.1(b), 42.3(c).

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.